IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| SHANNON HEALY, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:15-cv-470-JNP<br><br>Judge Jill N. Parrish |

　　　　On March 22, 2016, United States Magistrate Judge Brook C. Wells issued an order to show cause requiring Plaintiff Shannon Healy to show cause as to why her case should not be dismissed for failure to prosecute. (Docket 19). Plaintiff was directed to respond to that order within fourteen days and was warned that a failure to do so would result in a recommendation that the case be dismissed. The Plaintiffs did not file any response.

　　　　On April 21, 2016, Judge Wells filed a Report & Recommendation.  (Docket 20). Judge Wells's recommendation was that this case be dismissed because the Plaintiff has not filed any briefing in the case and failed to respond to the court's order to show cause. Judge Wells's Report and Recommendation provided that any objection to her recommendation was to be filed within fourteen days of service. The time to respond has now expired and the court has received no objections.

　　　　Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Wells's Report and Recommendation, the court concludes that the Report and

Recommendation is a correct application of the law and the facts.  Accordingly, the court ORDERS as follows:

1. The Recommendation (Docket 20) is ADOPTED IN FULL.

2. The case is DISMISSED.

3. The Clerk of Court is directed to close the case.

SO ORDERED this 10th day of May, 2016.

BY THE COURT:

JILL N. PARRISH  
United States District Judge